UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY ) | |
| COMMISSION, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. |
| ) | |
| v. ) | |
| ) | C O M P L A I N T |
| STERLING CONSTRUCTION ) | |
| SERVICES, INC. ) | |
| ) | |
| Defendant. ) | JURY TRIAL DEMAND |
| ) | |

NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964, as amended ("Title VII") and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of sex, and to provide appropriate relief to Martha Bonilla who was harmed by such practices. The Commission alleges that Defendant, Sterling Construction Services, Inc., discriminated against Martha Bonilla when her supervisor sexually harassed her and assaulted her on multiple occasions and caused her to be constructively discharged.

JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. Sections 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 706(f)(1) and (3) of Title VII, 42 U.S.C. Section 2000e-5(f)(1) and (3) and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981A.

2. The employment records relevant to the unlawful employment practice are maintained

and administered at Defendant's principal place of business which is within the jurisdiction of the United States District Court for the District of Maryland, Southern Division.

## PARTIES

3. Plaintiff, Equal Employment Opportunity Commission (the "Commission"), is an agency of the United States of America charged with the administration, interpretation and enforcement of Title VII and is expressly authorized to bring this action by Section 706(f)(1) and (3), 42 U.S.C., Section 2000e-5(f)(1) and (3).

4. At all relevant times, Defendant Sterling Construction Services, Inc. (the "Employer") has continuously been a Florida corporation doing business in the State of Maryland, County of Montgomery, and has continuously had at least fifteen employees.

5. At all relevant times, Defendant Employer has continuously been an employer engaged in an industry affecting commerce within the meaning of Section 701(b), (g) and (h) of Title VII, 42 U.S.C. Sections 2000e(b), (g) and (h).

## STATEMENT OF CLAIMS

6. More than thirty days prior to the institution of this lawsuit, Martha Bonilla filed a charge with the Commission alleging violations of Title VII by Defendant Employer. All conditions precedent to the institution of this lawsuit have been fulfilled.

7. Since at least March of 2004, Defendant Employer has engaged in unlawful employment practices in violation of Section 703(a) of Title VII, 42 U.S.C. Section 2000e-2. These practices include sexual harassment and sexual assault of Martha Bonilla by her supervisor, and constructive discharge.

8. The effect of the practices complained of in paragraph 7 above has been to deprive

Martha Bonilla of equal employment opportunities and otherwise adversely affect her status as an employee because of her sex.

9.   The unlawful employment practices complained of in paragraph 7 above were intentional.

10.   The unlawful employment practices complained of in paragraph 7 above were done with malice or with reckless indifference to the federally protected rights of Martha Bonilla.

## PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A.   Grant a permanent injunction enjoining Defendant Employer, its officers, successors, assigns and all persons in active concert or participation with it, from engaging in any employment practices which discriminate on the basis of sex.

B.   Order Defendant Employer to institute and carry out policies, practices, and training programs which provide equal employment opportunities and for persons without regard to sex, and which eradicate the effects of its past and present unlawful employment practices.

C.   Order Defendant Employer to make whole Martha Bonilla by providing appropriate back pay, with prejudgment interest, in amounts to be proved at trial, and other affirmative relief necessary to eradicate the effects of their unlawful employment practices, including but not limited to instatement of Martha Bonilla or front pay in lieu thereof.

D.   Order Defendant Employer to make whole Martha Bonilla by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described in paragraph 7 above, in amounts to be determined at trial.

E.   Order Defendant Employer to make whole Martha Bonilla by providing compensation

for non-pecuniary losses resulting from the unlawful practices complained of in paragraph 7 above, including past and future emotional pain and suffering, humiliation, anxiety, inconvenience, and loss of enjoyment of life, in amounts to be determined at trial.

 F. Order Defendant Employers to pay Martha Bonilla punitive damages for its malicious and reckless conduct described in paragraph 7 above, in amounts to be determined at trial.

 G. Grant such further relief as the Court deems necessary and proper.

 H. Award the Commission its costs in this action.

<u>JURY TRIAL DEMAND</u>

The Commission requests a jury trial on all questions of fact raised in the complaint.

Respectfully submitted,


EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION

JAMES LEE
Deputy General Counsel

GWENDOLYN YOUNG REAMS
Associate General Counsel


   /s/
GERALD S. KIEL (Bar No. 07770)
Regional Attorney
EEOC-Baltimore District Office
City Crescent Building, 3rd Floor
10 South Howard Street
Baltimore, Maryland 21201
Telephone number: (410) 962-4207
Facsimile number: (410) 962-4270/2817

                                                     /s/
                                        TRACY HUDSON SPICER (Bar No.08671)
Supervisory Trial Attorney
EEOC-Baltimore District Office
City Crescent Building, 3rd Floor
10 South Howard Street
Baltimore, Maryland 21201
Telephone number: (410) 962-4623
Facsimile number: (410) 962-4270/2817


                                                     /s/
                                        CORBETT L. ANDERSON
Trial Attorney
EEOC-Washington Field Office
1801 L Street, N.W.
Washington, DC 20507
Telephone number: (202) 419-0724
Facsimile number: (202) 419-0701